JS6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO VELASQUEZ JIMENEZ, | NO. EDCV 26-356-AGR |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed concurrently with this Judgment, IT IS ADJUDGED that:

1. Respondents shall immediately release Petitioner from immigration custody under the same terms of supervision that applied before his re-detention.  Respondents shall file a notice of compliance to this effect by no later than seven days after entry of this Order.

2. Respondents are enjoined from revoking Petitioner's release and re-detaining Petitioner absent compliance with applicable regulatory and

constitutional protections, which include, at a minimum, compliance with the requirements of 8 C.F.R. §§ 241.13(i), 241.4(l).

3. Respondents are enjoined from removing Petitioner to a third country without notice to him and his counsel, and a meaningful opportunity to respond and seek protection under the Convention Against Torture in compliance with the statute and due process in reopened removal proceedings.

4. The Petition for Writ of Habeas Corpus is granted and this action is dismissed without prejudice.

DATED:  May 18, 2026

_____
ALICIA G. ROSENBERG
United States Magistrate Judge